# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEPHEN CHRISTOPH,** *et al.* | : | CIVIL ACTION |
| *Plaintiffs* | : | |
| | : | NO. 18-3453 |
| **v.** | : | |
| | : | |
| **AARP, INC.,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 23rd day of September 2019, upon consideration of Defendants' *motion to dismiss Plaintiffs' complaint*, [ECF 21], Plaintiff's opposition thereto, [ECF 23], Defendants' reply, [ECF 27], the parties' supplemental submissions, [ECF 28-35], and the allegations in Plaintiffs' complaint, [ECF 1], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendants' motion to dismiss is **GRANTED**, and this matter is **DISMISSED** in its entirety.

                              BY THE COURT:


                              /s/ *Nitza I. Quiñones Alejandro*
                              **NITZA I. QUIÑONES ALEJANDRO**
                              *Judge, United States District Court*